DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FREDERICK C. SMITH a/k/a
CEDRICK LARRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-0286

_____

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and SILBERMAN and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.